IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SEAN AIKEE LEVERETTE,              )
                                   )
                    Petitioner,    )
                                   )
          v.                       )          1:18CV475
                                   )          1:14CR452-1
UNITED STATES OF AMERICA,          )
                                   )
                    Respondent.    )

**ORDER**

On May 5, 2020, the United States Magistrate Judge's Recommendation was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed Objections, (ECF No. 45), which included a request to add two new claims. That request was referred to the Magistrate Judge, and on November 29, 2021, the United States Magistrate Judge's Recommendation was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed Objections, (ECF No. 62). The Court has reviewed Petitioner's Objections, (ECF Nos. 45, 62), *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendations, (ECF Nos. 41, 57), which are affirmed and adopted.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss, (ECF No. 38), is GRANTED for the reasons set out in the May 5, 2020 Recommendation, Petitioner's § 2255 Motion, (ECF No. 29), is DENIED, Petitioner's request to amend raised in his Objection, (ECF No. 45), is DENIED, this action is DISMISSED, and that, there being no

substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability shall not issue.

This, the 21st day of March 2022.

/s/ Loretta C. Biggs
United States District Judge